Anthony R. Scisciani III, OSB No. 070013
Robert B. Parker, OSB No. 174306
HWS LAW GROUP
101 SW Main St., Suite 1605
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
ascisciani@hwslawgroup.com
rparker@hwslawgroup.com
*Attorneys for Defendant BELFOR Environmental, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JAMES MATHEW CRAIN**,<br><br>Plaintiff,<br><br>v.<br><br>**BELFOR ENVIRONMENTAL, INC.**, a Foreign Corporation; and **COMPLETE RECYCLING & DEMOLITION, LLC**, an Oregon Limited Liability Company<br><br>Defendants. | Case No. 3:21-CV-00999-MO<br><br>STIPULATION OF DISMISSAL AGAINST DEFENDANT COMPLETE RECYCLING & DEMOLITION, LLC<br><br>***CLERK'S ACTION REQUIRED*** |

TO: THE CLERK OF THE COURT;

AND TO: ALL COUNSEL OF RECORD.

It is hereby stipulated by defendant/cross-claimant BELFOR Environmental, Inc. ("BELFOR"), by and through its attorneys of records, Anthony R. Scisciani III and Robert B. Parker of HWS Law Group, and defendant/cross-claim respondent Complete Recycling & Demolition, LLC ("CRD"), by and through its attorney of record, Vicki M. Smith of Chinn Smith Winters LLP, that all cross-claims by BELFOR against CRD shall be dismissed with

prejudice and without finding of liability, damages, attorney fees, disbursements, or costs to any party. As Plaintiff James Mathew Crain's claims against CRD have been dismissed, by this stipulation CRD will be dismissed from this case in its entirety.

DATED this 5th day of June, 2023　　　HWS LAW GROUP

　　　　　　　　　　　　　　　　　　By /s/ Robert B. Parker
　　　　　　　　　　　　　　　　　　　　Anthony R. Scisciani III, OSB No. 070013
　　　　　　　　　　　　　　　　　　　　ascisciani@hwslawgroup.com
　　　　　　　　　　　　　　　　　　　　Robert B. Parker, OSB No. 174306
　　　　　　　　　　　　　　　　　　　　rparker@hwslawgroup.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant BELFOR Environmental, Inc*.

DATED this 5th day of June, 2023　　　CHINN SMITH WINTERS LLP

　　　　　　　　　　　　　　　　　　By /s/ Vicki M. Smith
　　　　　　　　　　　　　　　　　　　　Vicki M. Smith, OSB No. 015110
　　　　　　　　　　　　　　　　　　　　smith@csw-law.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Complete Recycling & Demolition, LLC*

Dated this __7__ day of June, 2023　　　*Michael W. Mosman*
　　　　　　　　　　　　　　　　　　　　Michael W. Mosman
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge